FILED
DEC 1 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06CR1800-GT |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] |
| ROBERT RAIMRES-CHINCOYA, | ) | ORDER TO CONTINUE HEARING |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, that the evidentiary hearing in the above-mentioned case, for Mr. Ramires-Chincoya, who is in custody, be continued from December 15, 2008 at 2:00 p.m. until January 26, 2009 at 2:00 p.m. as stipulated and agreed upon by all parties.

**IT IS SO ORDERED**.

DATED: 12-11-08

_____
HONORABLE GORDON THOMPSON, JR.
United States District Judge